COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Yogurt Culture, Inc. and Michelle Anderssen v. Shannon A. Lang, PLLC

Appellate case number:    01-19-00414-CV

Trial court case number:    1103656

Trial court:    County Civil Court at Law No. 1 of Harris County

On August 22, 2019, this Court issued an order staying the appeal after receiving notice that appellant, Michelle Anderssen, had filed a petition for bankruptcy under Chapter 13 of the Bankruptcy Code. On September 24, 2019, appellant, Yogurt Culture, Inc., filed a motion to reinstate the appeal because the bankruptcy court dismissed Anderssen's case on September 10, 2019. A copy of the bankruptcy court's order is attached.

Accordingly, we grant the motion and reinstate the appeal on the active docket. Appellant's brief received on August 30, 2019 is **ordered filed as of the date of this order**. Appellee's brief is due **30 days from the date of this order**.

It is so ORDERED.


Judge's signature: ___Justice Peter Kelly_____
            ☑ Acting individually    ☐ Acting for the Court


Date:    __October 8, 2019___